```
                    DISTRICT COURT OF THE VIRGIN ISLANDS
                    DIVISION OF ST. THOMAS AND ST. JOHN
```

THOMAS F. FRIEDBERG; and SARAH   )
LYNN BUNGE,                      )
                                 )
              Plaintiffs,        )
                                 )   Civil No. 2015-03
         v.                      )
                                 )
BAREFOOT ARCHITECT, INC.;        )
BAREFOOT DESIGN GROUP, LLC;      )
ALEXANDER MICHAEL MILNE;         )
BAREFOOT BUILDERS, INC.; THE A.  )
MICHAEL MILNE REVOCABLE TRUST;   )
VILLAGE VERNACULAR, INC.; and    )
SENG KHAUV,                      )
                                 )
              Defendants.        )

ATTORNEYS:

**Thomas F. Friedberg, Esq.**
Law offices of Friedberg & Bunge
San Diego, CA
    *For plaintiffs Thomas F. Friedberg and Sarah Lynn Bunge,*

**Carol Ann Rich**, **Esq.**
**Lenehn Ning Ricks**, **Esq.**
Dudley Rich Davis, LLP
St. Thomas, VI
    *For defendants Barefoot Architect, Inc., Barefoot Design*
    *Group, LLC, Alexander Michael Milne, Barefoot Builders,*
    *Inc., the A. Michael Milne Revocable Trust; Village*
    *Vernacular, Inc., and Seng Khauv.*

## JUDGMENT

    Before the Court is the motion of defendants Barefoot Architect, Inc.; Barefoot Builders, Inc.; Barefoot Design Group, LLC; Seng Khauv; Alexander Michael Milne; the A. Michael Milne Revocable Trust; and Village Vernacular to dismiss the complaint

*Friedberg et al. v. Barefoot Architect, et al.*
Civil No. 2015-03
Judgment
Page 2

in this matter pursuant to Federal Rule of Civil Procedure 12(b)(6).

For the reasons articulated in the Memorandum Opinion of even date, it is hereby

**ORDERED** that the motion to dismiss is **GRANTED**; it is further

**ORDERED** that the trial setting in this matter is **VACATED**; it is further

**ORDERED** that all pending motions in this case are **MOOT**; it is further

**ORDERED** that this case shall be **DISMISSED** without prejudice; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

S\_____
**Curtis V. Gómez**
**District Judge**